## COOPER *v.* THE STATE.

FISH, J. There was no error in rejecting evidence, part of the testimony excluded being hearsay and the other irrelevant ; the court did not, in its colloquy with counsel, intimate any opinion upon the facts in the case ; the instructions complained of, when considered in the connection in which they were given, were not erroneous ; the requests to charge were properly refused ; the charge was full and fair, and correctly stated the law applicable to the facts of the case ; the evidence, while circumstantial, was amply sufficient to support the verdict; and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Argued April 21,—Decided April 25, 1902.

Indictment for forgery. Before Judge Roberts. Wilcox superior court. February 13, 1902.

*Eldridge Cutts, D. B. Nicholson,* and *J. L. Bankston,* for plaintiff in error. *J. F. DeLacy, solicitor-general,* contra.